## Commonwealth v. Allen et al., Appellants.

Argued December 14, 1966. *Lawrence Goldberg,* for appellants; *David L. Creskoff,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.